Trisha M. Connors, Esq.
**ZISA & HITSCHERICH**
**77 HUDSON STREET**
**HACKENSACK, NEW JERSEY 07601**
(201) 342-1103
**Attorneys for Plaintiff**

| | |
|---|---|
| GERALDINE ROBINSON, | UNITED STATES DISTRICT COURT |
| | DISTRICT OF NEW JERSEY |
| Plaintiff, | |
| | CASE NO: 2:09-CV-05161-WJM-CCC |
| v. | |
| | CIVIL ACTION |
| THE AZAM LAW FIRM, PA; | |
| COASTAL CREDIT SOLUTIONS, INC.; | |
| NULO DEBT PROCESSING, INC.; | |
| NISHAT AZAM; ANTONY MURIGU; | **AGREED ORDER** |
| JASON BLACKBURN; JENNA CURTIS. | **OF DISMISSAL** |
| Defendants. | |

The Plaintiff and the Defendants, being in agreement, and having authorized their respective counsel to submit this Agreed Order, the parties hereby submit this Agreed Order of Dismissal, with prejudice, of all claims that could have been and have been asserted by or against the parties in this civil action. Each party shall bear its costs, expenses and attorneys' fees.

ORDERED this _____ day of _____, 2009, that this matter is hereby dismissed.

_____
Judge, District of New Jersey

1

AGREED:

Dated: Nov. 11, 2009

| ZISA & HITSCHERICH | COMERFORD & DOUGHERTY, LLP |
|---|---|
| BY: _____ | BY: _____ |
| TRISHA CONNORS, ESQ. | MICHAEL COMERFORD |
| **Attorneys for Plaintiff** | **Attorney for Defendants** |

2